IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                          CRIMINAL NO: 13-60062

DONALD RAY WILLIAMS                                                        DEFENDANT

## ORDER OF DETENTION

The record reflects that on December 11, 2013, the defendant was indicted and charged with felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). Defendant was arrested and appeared for an initial appearance and arraignment on January 9, 2014. ECF No. 5. The Defendant waived the issue of detention, reserving the right to revisit the issue. The Court conducted a detention hearing on February 3, 2014. ECF No. 11.

The Government called no witnesses. The Government proffered certain information to the Court, including, the nature of the charges, Defendant's conduct leading to the charges, Defendant's criminal history, Defendant's substance abuse history, Defendant's domestic violence history, and Defendant's prior escape charge.

The Defendant called no witnesses, but testified himself. Defendant's attorney, Mr. Greg Vardaman, announces that he has advised Defendant against testifying. Defendant is advised by the Court of his right to silence and of the possible consequences if he testifies. Defendant indicated he understood his rights and asked to testify. Defendant began to testify concerning the offense charged. Defendant is interrupted by Mr. Vardaman and advised to cease his testimony. Defendant is again advised by the Court of his right to remain silent. Defendant then testifies he would abide

by any conditions imposed should he be released.  Defendant is cross-examined by the Government concerning his previous failure to appear, escape, and violation of a protective order charges.

The Court reviewed and took notice of the information and recommendation contained in the Pretrial Service Report ("PTSR") of the United States Probation Office.  The PTSR recommended detention without bond for Defendant.

The Court having considered the PTSR, the proffer of the Government, testimony from the Defendant and arguments of counsel finds as follows:

**Findings of Fact**:

1.  Defendant is a convicted felon, having been previously convicted of a crime punishable by imprisonment exceeding one year.  Defendant has a lengthy criminal history including several drug convictions, a conviction for escape from custody, and numerous convictions for domestic assault and/or abuse.  At the time of Defendant's arrest on the instant offense, Defendant was on probation and under supervision.  He has also been previously charged wtih violation of protective orders and failure to appear.

2.  The Defendant has a limited employment history.

3.  Defendant receives government subsidized housing and has unstable or unsuitable living arrangements should he be released.

4.  According to the Indictment, on or about November 16, 2013, Defendant was found to be in possession of a firearm.

**Conclusions of Law**:

1.  There is no presumption of detention in this case.  Defendant is charged with being a

convicted felon in possession of a firearm.

2. There is probable cause to believe Defendant committed the crime charged and the great weight of the evidence and information submitted at this hearing indicates the Defendant is likely to be convicted of the crime charged in this case.

3. The Defendant, based on his prior convictions including several convictions for drug possession and numerous domestic assault convictions, poses a great risk to the safety of the community were he to be released.

4. Defendant has a history of failing to follow the law and failing to follow conditions of probation or supervised release. He also has history of escape and failure to follow orders of various courts. The Court concludes Defendant is unlikely to follow any conditions set by the court aimed at assuring the safety of the community.

5. Defendant has a prior conviction for Escape from Custody. The Court concludes Defendant is a risk of flight and/or failure to appear.

The Court finds by clear and convincing evidence that Defendant constitutes a danger to other persons and the community. Further, the Court finds there is no condition or set of conditions which could reasonablely assure the safety of other persons or the community. The Court finds there are no set of conditions which it could reasonably expect Defendant to follow if he were allowed to be released pending trial.

The Court further finds by a preponderance of the evidence that there is no condition or set of conditions which could reasonably assure the appearance of Defendant or assure the Defendant would not flee.

The Defendant is remanded to the United States Marshal Service pending trial.

**SO ORDERED** this **6th day of February 2014.**


    /s/ Barry A. Bryant
_____
HONORABLE BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE